FILED
2001 SEP 28 PM 3:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TOMMY STONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 98-B-2019-S |
| ) | |
| DR. BOUNDS, C.M.S. Corporation, ) | |
| and COMMISSIONER ) | |
| MICHAEL HALEY, ) | |
| ) | |
| Defendants. ) | |

ENTERED
SEP 28 2001

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the magistrate judge's report and recommendation and the plaintiff's objections to the report and recommendation. The court makes the following comments on the objections.

The plaintiff has not alleged that he spoke to Dr. Bounds about his hernia. Although the plaintiff states in his objections that he did talk to Bounds, objections are not allegations. In the report and recommendation, the plaintiff was specifically informed that statements contained in the objections would not be considered as allegations or evidence. Moreover, in deciding a summary judgment motion, the court may consider only evidence, not allegations. The plaintiff's objections are neither

25

sworn, nor declared under penalty of perjury, and, therefore, cannot be considered as evidence. As to the plaintiff's statement that he has sued the prison commissioner in his individual capacity only, there is no allegation that Commissioner Haley violated the plaintiff's Eighth Amendment rights by not contracting with physicians or medical facilities to provide for hernia operations. On the other hand, if, as the plaintiff implies in his objections, CMS Medical's contract with the DOC did provide for the treatment of hernias, there is no evidence that Bounds had anything to do with the timing of the plaintiff's hernia operation. It is noted that a corporation which provides prison medical services may be liable only if the constitutional violation was the result of the corporation's policy or custom. *Buckner v. Toro*, 116 F.3d 450 (11th Cir. 1997). The evidence in this case presents no such situation.

The court has reached an independent conclusion that the magistrate judge's report and recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, and the

court's additional comments, the defendants' motion for summary judgment is due to be granted and this complaint is due to be dismissed. An appropriate order will be entered.

DONE this _20th_ day of _September_, 2001.

_____
Sharon Lovelace Blackburn
United States District Judge